B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>John A. Rocco Co., Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>fka John A. Rocco Company | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   EIN: 22-2400632 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City,  and State)<br>17 Hanover Road<br>300 Office Quarters<br>Florham Park, NJ    ZIPCODE 07932 | Street Address of Joint Debtor (No. and Street, City, and State)    ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Morris | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO Box 65<br>Florham Park, NJ    ZIPCODE 07932 | Mailing Address of Joint Debtor (if different from street address):    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of  Business**
(Check one  box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other
  Insurance

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

**Filing Fee** (Check one box)

- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [✓] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 – 30386

B1 (Official Form 1) (1/08)                                                                                                                      Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>John A. Rocco Co., Inc. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

| B1 (Official Form 1) (1/08) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>John A. Rocco Co., Inc. |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>   Telephone Number (If not represented by attorney)<br><br>_____<br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>   (Printed Name of Foreign Representative)<br><br>_____<br>   (Date) |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X _____<br>   Signature of Attorney for Debtor(s)<br><br>RICHARD D. TRENK RT 6874<br>   Printed Name of Attorney for Debtor(s)<br><br>Trenk, DiPasquale, Webster, Della Fera & Sodono<br>   Firm Name<br><br>347 Mt. Pleasant Avenue, Suite 300<br>   Address<br><br>West Orange, NJ 07052<br><br>973-243-8600       e-mail<br>   Telephone Number<br><br>March 25, 2010<br>   Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>   Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>   Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>   Address<br><br>X _____<br><br>_____<br>   Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. |

| **Signature of Debtor (Corporation/Partnership)** | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *President*<br>   Signature of Authorized Individual<br><br>JOHN A. ROCCO<br>   Printed Name of Authorized Individual<br><br>President and Sole Shareholder<br>   Title of Authorized Individual<br><br>March 25, 2010<br>   Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. 4.5.3-748 - 30386

## RESOLUTION OF SPECIAL MEETING OF
## BOARD OF DIRECTORS OF JOHN A. ROCCO CO., INC.

I hereby certify that at a duly called and held special meeting of the Board of Directors of

John A. Rocco Co., Inc., a corporation of the State of New Jersey (the "Corporation"), held on

the 25th day of March 2010, the following Resolution was proposed and unanimously adopted

by all Directors present:

> "RESOLVED that, in view of the financial condition of John A.
> Rocco Co., Inc., its officers be and hereby are authorized to file a
> petition pursuant to Chapter 11 of the Bankruptcy Code and retain
> the services of the law firm Trenk, DiPasquale, Webster, Della
> Fera & Sodono, P.C. for the purposes of preparing, filing, and
> prosecuting a petition under Chapter 11 and to take all steps
> necessary and related thereto, and that John A. Rocco, President, is
> hereby authorized to execute the petition and any other pleadings
> or documents he and counsel deem necessary in connection with
> the Chapter 11 proceeding of John A. Rocco Co., Inc."

In certification hereof, I do set my hand and seal this 25th day of March 2010.

JOHN A. ROCCO CO., INC.

By:_____  President

John A. Rocco, President

F:\WPDOCS\A-M\Connolly Properties\Connolly Properties, Inc\Corporate Resolution.doc

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re   John A. Rocco Co., Inc._____,

                             Debtor

Case No. _____

Chapter   11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Kings Premium Finance, Inc. Attn: Steven G. Legum, Esq. 170 Old Country Road Mineola, NY 11501 | | | Disputed | 1,240,444.37 |
| Peapack-Gladstone Bank 158 Route 206 North Gladstone, NJ 07934 | | | Disputed | 849,288.54 |
| Peapack-Gladstone Bank 158 Route 206 North Gladstone, NJ 07934 | | | Disputed | 725,000.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

| (1)<br>Name of creditor<br>and complete<br>mailing address<br>including zip code | (2)<br>Name, telephone number and<br>complete mailing address,<br>including zip code, of<br>employee, agent, or department<br>of creditor familiar with claim<br>who may be contacted | (3)<br>Nature of claim<br>(trade debt, bank<br>loan, government<br>contract, etc. | (4)<br>Indicate if<br>claim is<br>contingent, unliquidated,<br>disputed or<br>subject to setoff | (5)<br>Amount of claim<br>[if secured also<br>state value of security] |
|---|---|---|---|---|
| Strand Insurance<br>Finance Co., Inc.<br>22 Tennent Road<br>Morganville, NJ<br>07751 | | | Disputed | 296,555.68 |
| Stone Magnaninni<br>150 JFK Parkway<br>Short Hills, NJ 07078 | | | Disputed | 168,725.55 |
| Zurich American<br>Insurance Company<br>Attn. Nancy Dow<br>Zurich North America<br>1400 America Lane<br>Schaumburg, IL<br>60196 | | | Disputed | 150,000.00 |
| JEM Sanitation Corp.,<br>et al.<br>Attn. John R. Altieri,<br>Esq.<br>25 East Salem Street<br>PO Box 279<br>Hackensack, NJ 07601 | | | Disputed | 122,671.61 |
| Bressler, Amery &<br>Ross<br>PO Box 1980<br>Morristown, NJ 07960 | | | | 95,838.40 |
| Florham Park Offices<br>Assoc. Inc.<br>Attn. Integra<br>Management<br>200 Valley Road,<br>Suite 203<br>Mt. Arlington, NJ<br>07856 | | | Disputed | 40,556.25 |
| Insurex, Inc.<br>66 Route 17<br>Paramus, NJ 07652 | | | Disputed | 38,976.95 |

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Johnson & Johnson Preferred Financing Attn. James M. McMahon, Esq. Lewis & McKenna 82 East Allendale Road Saddle River, NJ 07458 | | | Disputed | 37,892.04 |
| Pro Premium PO Box 817089 Hollywood, FL 33081-1089 | | | | 34,952.92 |
| Citizens Bank 2795 Richmond Avenue NYA436 Staten Island, NY 10314 | | | | 31,263.99 |
| American Bank Premium 48 Montgomery Lane Suite 1000 Bethesda, MD 20814 | | | Contingent Unliquidated Disputed | 26,000.00 |
| Great American Leasing PO Box 609 Cedar Rapids, IA 52406 | | | | 21,423.06 |
| AMS Vertafore PO Box 27167 New York, NY 10087 | | | | 11,667.36 |
| Carollo & Meo 100 Morris Avenue Springfield, NJ 07081 | | | | 11,350.00 |

| (1)<br>*Name of creditor<br>and complete<br>mailing address<br>including zip code* | (2)<br>*Name, telephone number and<br>complete mailing address,<br>including zip code, of<br>employee, agent, or department<br>of creditor familiar with claim<br>who may be contacted* | (3)<br>*Nature of claim<br>(trade debt, bank<br>loan, government<br>contract, etc.* | (4)<br>*Indicate if<br>claim is<br>contingent, unliquidated,<br>disputed or<br>subject to setoff* | (5)<br>*Amount of claim<br>[if secured also<br>state value of security]* |
|---|---|---|---|---|
| Sovereign Bank<br>Global Solutions<br>Group<br>Mail Code<br>NJ1-6514-BB4<br>830 Morris Turnpike<br>Short Hills, NJ 07078 | | | | 8,887.25 |
| Ricciardi Bros. Inc.<br>1915 Springfield<br>Avenue<br>Maplewood, NJ 07040 | | | Disputed | 6,699.97 |
| De Lage Landen<br>Financial Services<br>PO Box 41601<br>Philadelphia, PA<br>19101 | | | | 4,544.65 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date _____ March 25, 2010 _____

Signature _____  *President*

JOHN A. ROCCO,
President and Sole Shareholder

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

**TRENK, DiPASQUALE, WEBSTER,**
**DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Richard D. Trenk (RT6874)
Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>JOHN A. ROCCO CO., INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 10- |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,**
**METHODOLOGY AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES**
**OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

On March 25, 2010 (the "Petition Date"), John A. Rocco Co., Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of New Jersey. The Debtor is operating its business and managing its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

The Debtor, with the assistance of its legal advisors and other professionals, has prepared its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") pursuant to section *521* of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 1007. These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") pertain to all of the Schedules and the SOFA. While the Debtor's management has made reasonable efforts to ensure that the Schedules and SOFA are accurate and complete based on information that was available to it at the time of preparation, subsequent information or discovery may result in changes to these Schedules and SOFA, and inadvertent errors or omissions may exist in the Schedules and SOFA. Moreover, the Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment. Nothing contained in the Schedules or SOFA shall constitute a waiver of any of the Debtor's rights or an admission with respect to this Chapter 11 case including, without limitation, any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and any other applicable laws to recover assets or avoid transfers. These Global Notes are incorporated by reference in, and comprise an integral part of, the Schedules and SOFA, and should be referred

to and reviewed in connection with any review of the Schedules and SOFA. Nothing contained on the Schedules and SOFA shall waive any rights to assert that an alleged lease is a disguised security interest.

**Amendment.** While reasonable efforts were made to file complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist. The Debtor thus reserves the right to amend and/or supplement its Schedules and SOFA from time to time as may be necessary or appropriate.

**Dates.** All asset information is listed as of the Petition Date. All liability information is listed as of the Petition Date.

**Basis of Presentation.** The Schedules and SOFA do not purport to represent financial information or data prepared in accordance with U.S. Generally Accepted Accounting Principles. Unless otherwise noted, each asset is shown on the basis of the book value of the asset in the Debtor's accounting books and records, rather than the current market values of such interest in property. The Debtor reserves all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in its Schedules and SOFA.

**Causes of Action.** Despite reasonable efforts to identify all known assets, the Debtor may not have identified or set forth all of its causes of action (filed or potential) as assets in the Schedules and SOFA. Notwithstanding this, the Debtor reserves all of its rights with respect to any causes of action it may have, whether or not listed as assets in the Schedules and SOFA, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

**Totals.** All totals that are included in the Schedules and SOFA represent totals of all of the known amounts included on the Schedules and SOFA. To the extent that there are unknown or undetermined amounts, the actual total may be different than the listed total, at times materially.

**Effect of "First Day" Orders on Scheduled Claim Amounts.** The Debtor intends to seek certain authority from the Bankruptcy Court to honor and/or pay certain prepetition claims including, but not limited to, the authority to pay certain outstanding prepetition wages to employees and taxing authorities. Consequently, certain prepetition fixed, liquidated and undisputed priority and general unsecured claims have been or may be paid under this authority. Given that the Schedules are required to reflect claims as of the Petition Date, obligations that have been satisfied under this authority are nonetheless listed in the Schedules.

**Current Market Value of Assets.** Unless otherwise indicated, net book values are reflected in the Debtor's Schedules and SOFA. For this reason, amounts ultimately realized may vary from net book value and such variance may be material. Thus, unless otherwise noted, the Schedules and SOFA reflect the carrying value of the assets as recorded on the Debtor's books and are not based upon any estimate of its current market value. Exceptions to this include operating cash, which is presented as bank balances as of the Petition Date. Certain other assets are listed as "Unknown" amounts because the net book values may materially differ from fair

market value.   The amounts shown for assets and liabilities exclude items identified as "Unknown" and the Debtor's ultimate assets and liabilities may differ materially from those stated in the Schedules and SOFA.

**Claims Descriptions.**  Any failure to designate a claim on the Debtor's Schedules and SOFA as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor. The Debtor reserves the right to dispute any claims reflected on its Schedules or SOFA on any grounds, including to assert an offset or any defense to any claim reflected on the Schedules and/or SOFA with respect to, but not limited to, amount, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated."   The Debtor reserves the right to amend these Schedules and SOFA accordingly.

**Classifications.**  Listing a claim on (i) Schedule E as "priority" or (ii) Schedule F as "unsecured nonpriority," or listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract. In particular, the Debtor reserves the right to amend the Schedules and SOFA to recharacterize or reclassify any such contract or claim.

**Global Notes Control.**  In the event the Schedules and SOFA differ from the foregoing Global Notes, the Global Notes shall control.

**Insiders.**   The Debtor has included in response to question 23 of the SOFA all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the Petition Date. Persons listed as "insiders" have been included for informational purposes only.   The Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under section 101(31) of the Bankruptcy Code or applicable law.

**Contingent Assets.**  The Debtor believes that it possesses certain claims and causes of action against various parties. Additionally, the Debtor may possess contingent claims in the form of various avoidance actions it could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtor reserves all of its rights with respect to any claims, causes of action or avoidance actions it may have and nothing contained in these Global Notes or the Schedules and SOFA shall be deemed a waiver of any such claims, avoidance actions or causes of action or in any way prejudice or impair the assertion of such claims.

**Recharacterization.**  The Debtor has made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SOFA correctly.   However, the Debtor may have improperly

3

characterized, classified, categorized or designated certain items.  Thus, the Debtor reserves its rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFA at a later time as necessary or appropriate as additional information becomes available, including, but not limited to, whether contracts listed herein were executory as of the Petition Date or remain executory post-petition.

F:\WPDOCS\N-Z\STAFF\JenK\Forms\GlobalNotes.doc

4

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re   John A. Rocco Co., Inc.                      Case No. _____

                              Debtor                 Chapter ___11_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 3 | $ 119,320.50 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 750,423.06 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 5 | | $ 22,436.18 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 17 | | $ 3,237,547.54 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 0.00 |
| TOTAL | | 33 | $ 119,320.50 | $ 4,010,406.78 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

B6A (Official Form 6A) (12/07)

In re   John A. Rocco Co., Inc._____          Case No. _____
                        **Debtor**                                                (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

B6B (Official Form 6B) (12/07)

In re  John A. Rocco Co., Inc.                                          Case No. _____
                    Debtor                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Trust Account No. xxx-xxx9818 TD Bank 185 South Livingston Avenue Livingston, NJ 07039 | | 9,738.17 |
| | | Trust Account No. xxxxxxxx4413 Bank of America 15 Commerce Blvd. Succasunna, NJ 07876 | | 1,891.88 |
| | | Operating Account No. xxxxxxxx3542 Bank of America 15 Commerce Blvd. Succasunna, NJ 07876 | | 40.58 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

B6B (Official Form 6B) (12/07) -- Cont.

In re    John A. Rocco Co., Inc.                                    Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | Accounts Receivable<br>See annexed schedule. | | 107,649.87 |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 – 30386

B6B (Official Form 6B) (12/07) -- Cont.

In re   John A. Rocco Co., Inc.                                   Case No. _____
                    Debtor                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment, furnishings, and supplies. See annexed schedule. | | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

            0      continuation sheets attached      Total   $    119,320.50

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

In re: John A. Rocco Co., Inc.
Chapter 11

**Addendum to Schedule B No. 16 - Accounts Receivable**

| NAME | AMOUNT |
|------|--------|
| Appalachian Underwriters | $9,057.12 |
| Agency Resources | $17,211.74 |
| American Modern Home | $247.78 |
| Am Trust | $851.04 |
| Buckingham Badler | $262.58 |
| Buildersrisk.com | $69.40 |
| Compensation Risk Managers | $2,531.20 |
| Coverage Solutions | $1,881.75 |
| DJ Colby | $9,002.43 |
| Empire State Brokerage | $1,465.83 |
| Farmers Mutual | $239.45 |
| FIA` | $182.00 |
| Fidelity Property & Casualty | $409.80 |
| First Cardinal | $1,760.71 |
| Heffner Abency | $198.65 |
| Hughes Recreational | $12.55 |
| Jersey Link | $287.52 |
| Lovell Safety | $754.82 |
| Majestic | $1,599.63 |
| Marine Agency | $80.24 |
| MRL | $4,149.96 |
| NY Farm Bureau | $247.60 |
| NJ WC | $2,752.15 |
| Palisades Safety | $72.04 |
| Professional Group Plans | $702.56 |
| Southeastern Ins Managers | $1,386.00 |
| SSB | $34,513.70 |
| Acstar | $916.05 |
| America's Brokerage | $6,177.24 |
| Appalachian | $3,704.55 |
| Burns & Wilcox | $320.27 |
| Insurance Innovators | $310.62 |
| Pitman, Mindas, Grossman | $787.80 |
| TIP National | $3,503.09 |
| | $107,649.87 |

In re:  John A. Rocco Co., Inc.
Chapter 11

**Addendum to Schedule B No. 28**

| Description | Notes |
|---|---|
| **ACCOUNTING AREA** | |
| 2 DESKS | |
| 4 CHAIRS | |
| 1 HUTCH/BOOKCASE | |
| 1 BOOKCASE | |
| 1 THREE DRAW FILING CABINET | |
| 1 DELL PRINTER 3010 | DELL LOAN |
| 1 DELL PRINTER 1815 | DELL LOAN |
| | |
| **ACCOUNTING CLERK AREA** | |
| 2 DESKS | LEASED |
| 1 CREDENZA | LEASED |
| 2 CHAIRS | |
| 4 FIVE DRAW FILING CABINETS | |
| 1 DELL COMPUTER DIMENSION 5150 | DELL LOAN |
| 1 DELL COMPUTER DIMENSION 2400 | DELL LOAN |
| 1 DELL PRINTER 1720 | DELL LOAN |
| 1 DELL PRINTER 1720 | DELL LOAN |
| | |
| **MAIN OFFICE** | |
| 10 DESKS | LEASED |
| 6 CREDENZA/BOOKCASE | LEASED |
| 13 CHAIRS | LEASED |
| 1 SHARP COPIER ARM317 | LEASED |
| 1 SHARP COPIER ARM257 | LEASED |
| 1 SHARP FAX DC535 | LEASED |
| 1 SHARP FAX DC535 | LEASED |
| 9 DELL PRINTERS 1710 | DELL LOAN |
| 5 DELL PRINTERS 1720 | DELL LOAN |
| 5 DELL COMPUTERS 2400 | DELL LOAN |
| 2 DELL COMPUTERS 4700 | DELL LOAN |
| 3 DELL COMPUTERS 5150 | DELL LOAN |
| 2 CABINETS | LEASED |
| 2 TABLES | |
| 9 FIVE DRAW FILING CABINETS | |
| 5 FOUR DRAW FILING CABINETS | |
| | |
| **EXECUTIVE AREA** | |
| 18 CHAIRS | |
| 5 DESKS | |
| 1 CREDENZA | |
| 6 BOOKCASES | |
| 1 TWO DRAW WOOD FILING CABINET | |
| 3 THREE DRAW FILING CABINETS | |
| 3 FOUR DRAW FILING CABINETS | |

In re:  John A. Rocco Co., Inc.
Chapter 11

**Addendum to Schedule B No. 28**

| | |
|---|---|
| 1 FISH TANK | |
| 5 TABLES | |
| 1 COUCH | |
| PRINTER | |
| COMPUTERS | |
| 1 DELL COMPUTER  OPTIPLEX 320 | DELL LOAN |
| 1 DELL COMPUTER DIMENSION 521 | DELL LOAN |
| 1 DELL OPTIPLEX GX260 | DELL LOAN |
| 1 DELL VOSTRO 200 | DELL LOAN |
| | |
| **CONFERENCE ROOM** | |
| 1 TABLE | |
| 10 CHAIRS | |
| 1 CREDENZA | |
| | |
| **LOBBY** | |
| 1 COUCH | |
| 1 TABLE | |
| 2 CHAIRS | |
| | |
| 23 AVAYA TELEPHONES | LEASED |
| 19 MISC CALCULATORS | |
| MISC OFFICE SUPPLIES | |

B6C (Official Form 6C)  (12/07)

In re   John A. Rocco Co., Inc.                          Case No. _____
                    **Debtor**                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)                    ☐ Check if debtor claims a homestead exemption that exceeds
☐  11 U.S.C. § 522(b)(3)                       $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

B6D (Official Form 6D) (12/07)

In re  John A. Rocco Co., Inc. _____,     Case No. _____
       **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CIT Communications Finance Corporation<br>1 CIT Drive<br>Livingston, NJ 07039 | X | | Lien: Finance Agreement<br>Security: Telephone Equipment<br><br><br>VALUE $          Unknown. | | | | 4,000.00 | 4,000.00 |
| ACCOUNT NO.<br><br>CIT Communications Finance Corporation<br>Attn. Mark E. Thompson, Esq.<br>Law Offices of Thmoas A. Buonocore, P.C.<br>1719 Route 10, Suite 301<br>Parsippany, NJ 07054 | | | Lien:<br>Security:<br><br><br>VALUE $          0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Great American Leasing<br>PO Box 609<br>Cedar Rapids, IA 52406 | | | Lien: Finance Agreements<br>Security: Various Office Furniture<br><br><br>VALUE $          Unknown. | | | | 21,423.06 | 21,423.06 |
| _1_ continuation sheets attached | | | Subtotal▶<br>(Total of this page) | | | | $  25,423.06 | $  25,423.06 |
| | | | Total▶<br>(Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

B6D (Official Form 6D) (12/07) – Cont.

In re   John A. Rocco Co., Inc._____,                Case No. _____
                     **Debtor**                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx843 <br><br> Peapack-Gladstone Bank <br> 158 Route 206 North <br> Gladstone, NJ 07934 | X | | Incurred: December 7, 2007 <br> Lien: Line of Credit <br> Security: UCC-1 <br> Docket No. F-49622-08 <br> Final Judgment entered March 5, 2010 <br><br> VALUE $        Unknown. | | | X | 725,000.00 | 725,000.00 |
| ACCOUNT NO. <br><br> Peapack-Gladstone Bank <br> Attn. Neil V. Williams, Esq. <br> Emmet, Marvin & Martin, LLP <br> 177 Madison Avenue <br> Morristown, NJ 07960 | | | <br><br> VALUE $        0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (s) <br> (Total(s) of this page) | $ 725,000.00 | $ 725,000.00 |
|---|---|---|---|
|  | Total(s) <br> (Use only on last page) | $ 750,423.06 | $ 750,423.06 |
|  |  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

B6E (Official Form 6E) (12/07)

In re    John A. Rocco Co., Inc. _____ ,        Case No._____
                Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (12/07) - Cont.

In re____John A. Rocco Co., Inc._____,    Case No._____
                        Debtor                                              (if known)

☐    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

                        3
                        ____ continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re   John A. Rocco Co., Inc.                          ,          Case No. _____
                    **Debtor**                                                            *(If known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Borough of Florham Park <br> 111 Ridgedale Avenue <br> Florham Park, NJ 07932 | | | | | | | 16,797.38 | 16,797.38 | 0.00 |
| ACCOUNT NO. <br><br> Department of Treasury <br> Internal Revenue Service <br> Cincinnati, OH 45999 | | | | | | | 356.00 | 356.00 | 0.00 |
| ACCOUNT NO. <br><br> Internal Revenue Service <br> District Director <br> 955 South Springfield Avenue <br> PO Box 724 <br> Springfield, NJ 07081 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Internal Revenue Service <br> Special Procedures Branch <br> Attention:  Bankruptcy Section <br> PO Box 744 <br> Springfield, NJ 07081-0744 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. _1_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotal ➤
(Totals of this page)

Total ➤
(Use only on last page of the completed
Schedule E.)  Report also on the Summary
of Schedules)

Totals ➤
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

| | | |
|---|---|---|
| $ 17,153.38 | $ 17,153.38 | $ 0.00 |
| $ | | |
| $ | $ | $ |

*Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386*

B6E (Official Form 6E) (12/07) - Cont.

In re _John A. Rocco Co., Inc._____,  Case No. _____
                          Debtor                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |
| State of New Jersey Department of Labor and Workforce Dev. PO Box 110 Trenton, NJ 08625-0110 | | | | | | | 232.80 | 232.80 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| State of New Jersey Department of Treasury, Div. of Revenue PO Box 302 Trenton, NJ 08646 | | | | | | | 50.00 | 50.00 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| State of New Jersey Division of Taxation, GIT 50 Barrack Street PO Box 269 Trenton, NJ 08625 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| State of New Jersey CBT Revenue Processing Center PO Box 193 Trenton, NJ 08646 | | | | | | | 2,080.00 | 2,080.00 | 0.00 |

Sheet no. _2_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal (Totals of this page) | $ 2,362.80 | $ 2,362.80 | $ 0.00 |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30366

B6E (Official Form 6E) (12/07) - Cont.

In re ___John A. Rocco Co., Inc._____,    Case No. _____
               **Debtor**                                                               **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> State of New Jersey CBT Revenue Processing Center PO Box 193 Trenton, NJ 08646 | | | | | | | 2,920.00 | 2,920.00 | 0.00 |
| ACCOUNT NO. <br><br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | | | |
| Sheet no. _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal (Totals of this page) | | | | $ 2,920.00 | $ | $ |
| | | | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | | | | $ 22,436.18 | | |
| | | | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ 22,436.18 | $ 0.00 |

Bankcorp 2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

B6F (Official Form 6F) (12/07)

In re __John A. Rocco Co., Inc._____,    Case No. _____
           **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Abar 25B Vreeland Road Suite 209 Florham Park, NJ 07932-1900 | | | | | | | 3,675.00 |
| **ACCOUNT NO.** AM Best Ambest Road Oldwick, NJ 08858-0700 | | | | | | | 198.97 |
| **ACCOUNT NO.** American Bank Premium 48 Montgomery Lane Suite 1000 Bethesda, MD 20814 | X | | | X | X | X | 26,000.00 |
| **ACCOUNT NO.** AMS Vertafore PO Box 27167 New York, NY 10087 | | | | | | | 11,667.36 |

___16___ continuation sheets attached

Subtotal ➤  $        41,541.33

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 20316

B6F (Official Form 6F) (12/07) - Cont.

In re ___John A. Rocco Co., Inc._____,          Case No. _____
                        **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> BMT <br> 20-22 Just Road <br> Fiarfield, NJ 07004 | | | | | | | 722.25 |
| ACCOUNT NO. <br> Bressler, Amery & Ross <br> PO Box 1980 <br> Morristown, NJ 07960 | | | | | | | 95,838.40 |
| ACCOUNT NO. <br> Cablevision <br> PO Box 271378 <br> Pittsburgh, PA 15250-7378 | | | | | | | 340.24 |
| ACCOUNT NO. <br> Capital One <br> PO Box 71083 <br> Charlotte, NC 28272-1083 | | | | | | | 218.00 |
| ACCOUNT NO. <br> Carollo & Meo <br> 100 Morris Avenue <br> Springfield, NJ 07081 | | | | | | | 11,350.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

Sheet no. _1_ of _16_ continuation sheets attached
to Schedule of Creditors Holding Unsecured                             Subtotal ➤   $        108,468.89
Nonpriority Claims                                                                          Total ➤   $
                                            (Use only on last page of the completed Schedule F.)
                                    (Report also on Summary of Schedules and, if applicable, on the
                                      Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __John A. Rocco Co., Inc._____,          Case No. _____
                          Debtor                                            (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ceredian<br>34 Maple Avenue<br>PO Box 2021<br>Pine Brook, NJ 07058 | | | | | | | 463.80 |
| ACCOUNT NO.<br>Cintas<br>85 Fulton Street<br>Suite 2<br>Boonton, NJ 07005 | | | | | | | 214.00 |
| ACCOUNT NO.<br>Citizens Bank<br>2795 Richmond Avenue<br>NYA436<br>Staten Island, NY 10314 | | | Incurred: October 2009<br>Overdrawn Trust Account No. xxxxxx6393 | | | | 31,263.99 |
| ACCOUNT NO.<br>Cooperative<br>PO Box 903<br>Belleville, NJ 07109 | | | | | | | 3,736.29 |
| ACCOUNT NO.<br>Culligan<br>350 Route 46<br>Rockaway, NJ 07866 | | | | | | | 655.18 |

Sheet no. __2__ of __16__ continuation sheets attached                     Subtotal ➤ | $ | 36,333.26
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                              Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  John A. Rocco Co., Inc.                          ,          Case No. _____
                        Debtor                                                              (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| David's Aquarium 137 Mayhew Drive South Orange, NJ 07079 | | | | | | | 404.45 |
| ACCOUNT NO. | | | Lease of copier machines | | | | |
| De Lage Landen Financial Services PO Box 41601 Philadelphia, PA 19101 | | | | | | | 4,544.65 |
| ACCOUNT NO. | | | Lease of fax machines | | | | |
| De Lage Landen Financial Services PO Box 41601 Philadelphia, PA 19101 | | | | | | | 1,695.37 |
| ACCOUNT NO. | | | | | | | |
| Dell Business Credit PO Box 5275 Carol Stream, IL 60197 | | | | | | | 711.42 |
| ACCOUNT NO. | | | | | | | |
| Dell Commercial Credit Dept. 50,0039254415 PO Box 689020 Des Moines, IA 50368 | | | | | | | 725.00 |

Sheet no. _3_ of _16_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $     8,080.89

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  John A. Rocco Co., Inc. _____,  Case No. _____

Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Doc U Search 63 Pleasant Street PO Box 777 Concord, NH 03301 | | | | | | | 99.00 |
| ACCOUNT NO. | | | Case No. 415 Judgment No. DJ-308449-09 Judgment entered | | | X | |
| DOMT, Inc. dba Anago of Philadelphia 404 West Ridge Pike Suite 500 Conshohocken, PA 19428 | | | | | | | 3,269.90 |
| ACCOUNT NO. | | | | | | | |
| DOMT, Inc. dba Anago of Philadelphia Attn. Kaplin Stewart Meloff Reiter Stein 457 Haddonfield Road, Suite 310 Cherry Hill, NJ 08002 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| DOMT, Inc. dba Anago of Philadelphia Attn. William J. Levant, Esq. Kaplin Stewart Meloff Reiter & Stein, PC 910 Harvest Drive, PO Box 3037 Blue Bell, PA 19422 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Excelsior Personal 414 Eagle Rock Avenue Suite 301 West Orange, NJ 07052 | | | | | | X | 2,000.00 |

Sheet no. 4 of 16 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► | $ | 5,368.90
Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re __John A. Rocco Co., Inc._____,    Case No. _____
                 Debtor                                                           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Expert Heating & Cooling <br> Cokesbury Road Industrial Park <br> 24 Cokesbury Road, Suite 8 <br> Lebanon, NJ 08833 | | | | | | | 96.30 |
| ACCOUNT NO. <br><br> EZ Pass <br> NJ EZ Pass Processing Bureau <br> PO Box 52005 <br> Newark, NJ 07101-8205 | | | | | | | 1,952.95 |
| ACCOUNT NO. <br><br> Federal Express <br> PO Box 371461 <br> Pittsburgh, PA 15250 | | | | | | | 508.35 |
| ACCOUNT NO. <br><br> Filter Fresh <br> 204 Columbus Avenue <br> Roselle Park, NJ 07203 | | | | | | | 449.04 |
| ACCOUNT NO. <br><br> Florham Park Local Enforcing <br> 315 Brooklake Road <br> Florham Park, NJ 07932-2505 | | | | | | | 100.00 |

Sheet no. _5_ of _16_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $      3,106.64

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re ___John A. Rocco Co., Inc._____,                    Case No. _____
                              Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Florham Park Offices Assoc. Inc. Attn. Edward A. Berman, Esq. Berman Sauter Record & Jardim, PC 222 Ridgedale Avenue Cedar Knolls, NJ 07962 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Florham Park Offices Assoc. Inc. Attn. Integra Management 200 Valley Road, Suite 203 Mt. Arlington, NJ 07856 | X | | | | | X | 40,556.25 |
| ACCOUNT NO. | | | Docket No. OCN-L-4396-09 | | | | |
| Funtown Pier Amusements, Inc., et al. Attn. Edward F. Bezdecki, Esq. 401 Washington Street Toms River, NJ 08753 | | | | | | X | Unknown |
| ACCOUNT NO. | | | | | | | |
| Genco PO Box 2104 Morristown, NJ 07962-2104 | | | | | | | 1,432.15 |
| ACCOUNT NO. | | | | | | | |
| Greenberg Traurig 200 Park Avenue Florham Park, NJ 07932 | | | | | | | 3,919.75 |

Sheet no. _6_ of _16_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  45,908.15

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankcruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re    John A. Rocco Co., Inc. _____ ,    Case No. _____
_____Debtor_____                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Guardian PO Box 747003 Pittsburgh, PA 15274-7003 | | | | | | | 179.15 |
| ACCOUNT NO. | | | | | | | |
| HR Direct PO Box 452019 Sunrise, FL 33345-2019 | | | | | | | 71.04 |
| ACCOUNT NO. | | | | | | | |
| Idearc PO Box 619009 DFW Airport Dallas, TX 75261-9009 | | | | | | | 536.15 |
| ACCOUNT NO. | | | | | | | |
| Ins Info Exch PO Box 18349 Hattiesburg, MS 39404 | | | | | | | 1,865.46 |
| ACCOUNT NO. | | | | | | | |
| Insurex, Inc. 66 Route 17 Paramus, NJ 07652 | | | Docket No. BER-L-11295-09 Judgment entered | | | X | 38,976.95 |

Sheet no. _7_ of _16_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $    41,628.75

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30365

B6F (Official Form 6F) (12/07) - Cont.

In re  John A. Rocco Co., Inc. _____,          Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Insurex, Inc. Attn. Arthur J. Raimon, Esq. Morgan Melhuish Abrutyn 651 W. Mount Pleasant Avenue Livingston, NJ 07039 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| ISO PO Box 27507 New York, NY 10087-7507 | | | | | | | 915.92 |
| ACCOUNT NO. | | | | | | | |
| JCP&L PO Box 3687 Akron, OH 44309-3687 | | | | | | | 2,458.58 |
| ACCOUNT NO. | | | | | | | |
| JCP&L PO Box 3687 Akron, OH 44309-3687 | | | | | | | 394.22 |
| ACCOUNT NO. | | | | | | | |
| JCP&L PO Box 3687 Akron, OH 44309-3687 | | | | | | | 451.20 |

Sheet no. _8_ of _16_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                      Subtotal ▶   | $ | 4,219.92 |
                                                         Total ▶   | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 – 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  John A. Rocco Co., Inc.                                    ,        Case No. _____
                          Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| JCP&L PO Box 3687 Akron, OH 44309-3687 | | | | | | | 941.05 |
| ACCOUNT NO. | | | Docket No. BER-L-6181-08 Judgment No. J10886-09 | | | | |
| JEM Sanitation Corp., et al. Attn. John R. Altieri, Esq. 25 East Salem Street PO Box 279 Hackensack, NJ 07601 | | | | | | X | 122,671.61 |
| ACCOUNT NO. | | | Docket No. DJ-48607-10 Default Judgment entered | | | | |
| Johnson & Johnson Preferred Financing Attn. James M. McMahon, Esq. Lewis & McKenna 82 East Allendale Road Saddle River, NJ 07458 | | | | | | X | 37,892.04 |
| ACCOUNT NO. | | | Civil Action No. CV-09-5457 | | | | |
| Kings Premium Finance, Inc. Attn. Steven G. Legum, Esq. 170 Old Country Road Mineola, NY 11501 | X | | | | | X | 1,240,444.37 |
| ACCOUNT NO. | | | | | | | |
| Lexis Nexis Matthew Bender & Co. PO Box 7247-0178 Philadelphia, PA 19170-0178 | | | | | | | 171.04 |

Sheet no. __9__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $   1,402,120.11

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-748 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  John A. Rocco Co., Inc.                          ,          Case No. _____
                        Debtor                                                        (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Lynch Osborne 264 Nassau Street Princeton, NJ 08542 | | | | | | | 4,164.91 |
| ACCOUNT NO. | | | | | | | |
| Mines Press 231 Croton Avenue Cortland Manor, NY 10567 | | | | | | | 1,548.54 |
| ACCOUNT NO. | | | Lease of postage machine and scale | | | | |
| Neopost Leasing PO Box 45840 San Francisco, CA 94145-0840 | | | | | | | 2,409.50 |
| ACCOUNT NO. | | | | | | | |
| NJ Dept. of Banking and Insurance 20 West State Street Trenton, NJ 08625-0327 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| NJ Dept. of Banking and Insurance Attn Raymond R. Chance III Section Chief DAG, Dept. of Law and Public Safety PO Box 117 Trenton, NJ 08625-0117 | | | | | | | Notice Only |

Sheet no. 10 of 16 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $  8,122.95

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re    John A. Rocco Co., Inc. _____,        Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| NJ Dept. of Banking and Insurance Attn. Christine DiMarzio, Esq. DAG, Dept. of Law and Public Safety PO Box 117 Trenton, NJ 08625-0117 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Office Depot PO Box 633211 Cincinnati, OH 45263-3211 | | | | | | | 2,464.14 |
| ACCOUNT NO.  xx821 | | | Incurred: December 7, 2007 Consideration: Personal Guaranty of Mortgage Note Docket No. F-49622-08 Final Judgment entered March 5, 2010 | | | | |
| Peapack-Gladstone Bank 158 Route 206 North Gladstone, NJ 07934 | X | | | | | X | 849,288.54 |
| ACCOUNT NO. | | | | | | | |
| Peapack-Gladstone Bank Attn. Martha D.F. Ostrowitz, Esq. Ostrowitz & Ostrowitz 225 Gordons Corner Road Manalapan, NJ 07726 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Placemats Plus 5 Wilson Avenue Denville, NJ 07834 | | | | | | | 410.00 |

Sheet no.  11  of  16   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    852,162.68

Total▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30366

B6F (Official Form 6F) (12/07) - Cont.

In re   John A. Rocco Co., Inc.                                    Case No. _____
                    Debtor                                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Pro Premium <br> PO Box 817089 <br> Hollywood, FL 33081-1089 | | | | | | | 34,952.92 |
| ACCOUNT NO. <br> PSE&G <br> PO Box 14444 <br> New Brunswick, NJ 08906 | | | | | | | 826.60 |
| ACCOUNT NO. <br> Quill <br> PO Box 37600 <br> Philadelphia, PA 19101 | | | | | | | 106.57 |
| ACCOUNT NO. <br> Ricciardi Bros. Inc. <br> 1915 Springfield Avenue <br> Maplewood, NJ 07040 | | | Docket No. DC-012705-09 <br> Judgment entered | | | X | 6,699.97 |
| ACCOUNT NO. <br> Ricciardi Bros. Inc. <br> Attn. Steven Mitnick, Esq. <br> Mitnick & Malzberg, P.C. <br> PO Box 429 <br> Frenchtown, NJ 08825 | | | | | | | Notice Only |

Sheet no. 12 of 16 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $   42,586.06

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re __John A. Rocco Co., Inc._____,        Case No. _____
                        Debtor                                                    (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Rocco, John A. 125 Larger Cross Road Bedminster, NJ 07921 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Rochester 100 Inc. PO Box 92801 Rochester, NY 14692 | | | | | | | 24.64 |
| ACCOUNT NO. | | | | | | | |
| Safe Shredding 152 Eagle Roack Avenue Roseland, NJ 07068 | | | | | | | 153.40 |
| ACCOUNT NO. | | | | | | | |
| Safeguard 305 Fellowship Road Suite 100 Mount Laurel, NJ 08054 | | | | | | | 1,234.52 |
| ACCOUNT NO. | | | | | | | |
| Shred It 81 Walsh Drive Parsippany, NJ 07054 | | | | | | | 74.90 |

Sheet no. __13__ of __16__ continuation sheets attached          Subtotal ▶ | $ | 1,487.46
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                      Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re __John A. Rocco Co., Inc._____,          Case No. _____
                     **Debtor**                                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Silver Plume 2477 55th Street Suite 201-B Boulder, CO 80301 | | | | | | | 2,241.72 |
| ACCOUNT NO. | | | Incurred: November 2009 Overdrawn Operating Account No. xxxxxx9594 | | | | |
| Sovereign Bank Global Solutions Group Mail Code NJ1-6514-BB4 830 Morris Turnpike Short Hills, NJ 07078 | | | | | | | 4,492.88 |
| ACCOUNT NO. | | | Incurred: November 2009 Overdrawn Payroll Account No. xxxxxx9616 | | | | |
| Sovereign Bank Global Solutions Group Mail Code NJ1-6514-BB4 830 Morris Turnpike Short Hills, NJ 07078 | | | | | | | 8,887.25 |
| ACCOUNT NO. | | | | | | | |
| Staples Credit Plan PO Box 689020 Des Moines, IA 50368 | | | | | | | 272.00 |
| ACCOUNT NO. | | | | | | | |
| Stone Magnaninni 150 JFK Parkway Short Hills, NJ 07078 | | | | | | X | 168,725.55 |

Sheet no. __14__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 184,619.40

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re   John A. Rocco Co., Inc. _____,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Strand Insurance Finance Co., Inc.<br>22 Tennent Road<br>Morganville, NJ 07751 | X | | Docket No. MON-L-1560-09<br>Judgment entered | | | X | 296,555.68 |
| ACCOUNT NO.<br>Strand Insurance Finance Co., Inc.<br>Attn. I. Mark Cohen, Esq.<br>1 Executive Drive<br>Tinton Falls, NJ 07701 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Strategic<br>120 Littleton Road<br>Parsippany, NJ 07054 | | | | | | | 791.80 |
| ACCOUNT NO.<br>TD Bank<br>185 South Livingston Avenue<br>Livingston, NJ 07039 | | | Overdrawn Operating Account No.<br>xxxxxx9834 | | | | 1,111.92 |
| ACCOUNT NO.<br>Verizon Wireless<br>PO Box 408<br>Newark, NJ 07101 | | | | | | | 3,332.75 |

Sheet no. 15 of 16 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▸  $    301,792.15

Total ▸  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  John A. Rocco Co., Inc. _____,      Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Docket No. MRS-L-3655-09 | | | | |
| Zurich American Insurance Company Attn. Nancy Dow Zurich North America 1400 America Lane Schaumburg, IL 60196 | | | | | | X | 150,000.00 |
| ACCOUNT NO. | | | | | | | |
| Zurich American Insurance Company Attn. Riker Danzig et al. Headquarters Plaza One Speedwell Avenue Morristown, NJ 07962 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |

Sheet no. _16_ of _16_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $      150,000.00

Total ▶  $    3,237,547.54

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748  -  30386

B6G (Official Form 6G) (12/07)

In re ___John A. Rocco Co., Inc._____    Case No. _____
                        Debtor                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

        Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| John A. Rocco, Landlord<br>125 Larger Cross Road<br>Bedminster, NJ 07921 | Lease Agreement between Debtor and John A. Rocco, Landlord, dated November 30, 1986 for commerical real property located at 17 Hanover Road, 300 Office Quarters, Florham Park, New Jersey<br><br>Lease on nonresidential real property |
| De Lage Landen Financial Services<br>Lease Processing Center<br>1111 Old Eagle School Road<br>Wayne, PA 19087-8608 | Lease Agreement No. AFS280685-001*<br>(2) Sharp Laser Fax Machines<br>* End of lease purchase option is fair market value. |
| De Lage Landen Financial Services<br>Lease Processing Center<br>1111 Old Eagle School Road<br>Wayne, PA 19087-8608 | Lease Agreement No. AFS269168-001*<br>(2) Sharp Digital Copier Machines<br>* End of lease purchase option is fair market value. |
| Neopost Leasing<br>30955 Huntwood Avenue<br>Hayward, CA 94544 | Lease Agreement No. 8888052<br>Postage Machine and Scale |
| | |
| | |
| | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

B6H (Official Form 6H) (12/07)

In re  John A. Rocco Co., Inc.                                    Case No. _____
              **Debtor**                                                                                    (if known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any
debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community
property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico,
Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the
name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state,
commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the
commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's
parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and
Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| John A. Rocco<br>125 Larger Cross Road<br>Bedminster, NJ 07921 | Peapack-Gladstone Bank<br>158 Route 206 North<br>Gladstone, NJ 07934 |
| John A. Rocco<br>125 Larger Cross Road<br>Bedminster, NJ 07921 | Strand Insurance Finance Co., Inc.<br>22 Tennent Road<br>Morganville, NJ 07751 |
| John A. Rocco<br>125 Larger Cross Road<br>Bedminster, NJ 07921 | American Bank Premium<br>48 Montgomery Lane<br>Suite 1000<br>Bethesda, MD 20814 |
| Kelly A. Roetto<br>125 Larger Cross Road<br>Bedminster, NJ 07921 | American Bank Premium<br>48 Montgomery Lane<br>Suite 1000<br>Bethesda, MD 20814 |
| John A. Rocco<br>125 Larger Cross Road<br>Bedminster, NJ 07921 | Florham Park Offices Assoc. Inc.<br>Attn. Integra Management<br>200 Valley Road, Suite 203<br>Mt. Arlington, NJ 07856 |
| Jaroc Leasing Co., Inc.<br>17 Hanover Road<br>300 Office Quarters<br>Florham Park, NJ 07932 | CIT Communications Finance Corporation<br>1 CIT Drive<br>Livingston, NJ 07039 |
| John A. Rocco<br>125 Larger Cross Road<br>Bedminster, NJ 07921 | Kings Premium Finance, Inc.<br>Attn. Steven G. Legum, Esq.<br>170 Old Country Road<br>Mineola, NY 11501 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

Official Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re    John A. Rocco Co., Inc.                                    Case No. _____
                        Debtor

                                                                    Chapter      11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

      If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   N.A. |
| Student Loan Obligations (from Schedule F) | $   N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $   N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   N.A. |
| TOTAL | $   N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $   N.A. |
| Average Expenses (from Schedule J, Line 18) | $   N.A. |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $   N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  N.A. |
| 4. Total from Schedule F | | $  N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  N.A. |

B6 (Official Form 6 - Declaration) (12/07)

John A. Rocco Co., Inc.

In re _____      Case No. _____
                    **Debtor**                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                                        **Debtor:**

Date _____        Signature: _____
                                                                    **(Joint Debtor, if any)**

                                                         **[If joint case, both spouses must sign.]**

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                       Social Security No.
of Bankruptcy Petition Preparer                                *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____        _____
        Signature of Bankruptcy Petition Preparer                           Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___President and Sole Shareholder___ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the John A. Rocco Co., Inc. _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __35__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date ____March 25, 2010____        Signature: _____
                                                                        *President*
                                                            JOHN A. ROCCO
                                                            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
### District of New Jersey

In Re  John A. Rocco Co., Inc. _____        Case No. _____

(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

### 1. Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| 2010 | To be provided. | |
| 2009 | To be provided. | |
| 2008 | $318,062.00 | |

Bankruptcy2010/2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30316

**2.  Income other than from employment or operation of business**

None
☒

      State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3. Payments to creditors**

None
☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

None
☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*)☐any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative☐repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-------------------|-------------|--------------------|
| McElroy Deutsch Mulvaney & Carpenter, LLP 1300 Mount Kemble Avenue PO Box 2075 Morristown, NJ 07960-8009 | February 12, 2010 | $15,348.57 | |
| Louis A. Ruina, Inc. 41 Talmadge Avenue Chatham, NJ 07928 | February 5, 2010 | $8,119.25 | |
| American Bank Premium 48 Montgomery Lane Suite 1000 Bethesda, MD 20814 | February 1, 2010 | $13,000.00 | |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Angelo Agresti<br>PO Box 65<br>Florham Park, NJ 07932 | February 17, 2010 | $6,000.00 | |
| Zurich American Insurance Company<br>Attn. Riker Danzig et al.<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962 | February 19, 2010 | $50,897.76 | |

None
☐

   c. *All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| To be provided. | | | |

   **4.   Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

   a.      List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Strand Insurance Finance Co., Inc. v. John A. Rocco, Inc. Docket No. MON-L-1560-09 | | Superior Court of New Jersey Monmouth County, Law Division | Judgment entered |
| Funtown Pier Amusements, Inc., et al. v. John A. Rocco Agency, Inc. Docket No. OCN-L-4396-09 | | Superior Court of New Jersey Ocean County, Law Division | Pending |
| Peapack-Gladstone Bank v. John A. Rocco Co., Inc., et al. Docket No. UNN-L-4136-08 | | Superior Court of New Jersey Union County, Law Division | Default Judgment entered |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Kings Premium Finance, Inc. v. John A. Rocco, et al. Civil Action No. CV-09-5457 | | United States District Court Eastern District of New York | Pending |
| Zurich American Insurance Company v. John A. Rocco Co., Inc. Docket No. MRS-L-3655-09 | | Superior Court of New Jersey Morris County, Law Division | Settled |
| JEM Sanitation Corp., et al. v. John A. Rocco Co., Inc. Docket No. BER-L-6181-08 Judgment No. J10886-09 | | Superior Court of New Jersey Bergen County, Law Division | Judgment entered |
| Insurex, Inc. v. John A. Rocco Co., Inc. Docket No. BER-L-11295-09 | | Superior Court of New Jersey Bergen County, Law Division | Judgment entered |
| Johnson & Johnson Preferred Financing, Inc. v. John A. Rocco Co., Inc. Docket No. MRS-DJ-48607-10 | | Superior Court of New Jersey Morris County, Law Division | Default Judgment entered |
| Ricciardi Bros., Inc. v. John A. Rocco Co., Inc. Docket No. MRS-DC-012705-09 | | Superior Court of New Jersey Morris County, Law Division, Special Civil Part | Judgment entered |
| DOMT, Inc. dba Anago of Philadelphia v. John A. Rocco Insurance Co. Case No. 415 | | Court of Common Pleas of Philadelphia County, Pennsylvania | Judgment entered Recorded in State of New Jersey at Judgment No. DJ-308449-09 |

None b.    Describe all property that has been attached, garnished or seized under any legal or equitable process
☐      within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12
       or chapter 13 must include information concerning property of either or both spouses whether or not a joint
       petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Peapack-Gladstone Bank<br>158 Route 206 North<br>Gladstone, NJ 07934 | February 2010 | TD Bank Operating Account<br>No. xxxxxx9834<br>$3,479.88 |

5.  Repossessions, foreclosures and returns

None        List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a
☒      deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement
       of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
       property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
       joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

6.  Assignments and Receiverships

None a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒      preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
       any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
       and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒      one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
       chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
       is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.3-748 - 30386

**7.  Gifts**

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None ☒   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Trenk, DiPasquale, Webster, Della Fera & Sodono 347 Mt. Pleasant Avenue, Suite 300 West Orange, NJ 07052 | March 15, 2010 and March 19, 2010 | $35,000.00 |

**10.  Other transfers**

None   a.   List all other property, other than property transferred in the ordinary course of the business or financial
☒        affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
         commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by
         either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
         is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

      b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this
      case to a self-settled trust or similar device of which the debtor is a beneficiary.
None
☒   NAME OF TRUST OR OTHER DEVICE

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None      List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor
☐        which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of
         this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;
         shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage
         houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include
         information concerning accounts or instruments held by either or both spouses whether or not a joint petition is
         filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

See annexed schedule.

**12.  Safe deposit boxes**

None      List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
☒        valuables within one year immediately preceding the commencement of this case.   (Married debtors filing
         under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a
         joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.3-748 - 30386

**13. Setoffs**

None ☒      List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒      List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒      If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☒      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒      a.      List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18.  Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| John A. Rocco Co., Inc. | 22-2400632 | 17 Hanover Road 300 Office Quarters Florham Park, NJ 07932 | Insurance | June 15, 1976 through present |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐           bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

Kelly Roetto, Controller
John A. Rocco Co., Inc.
17 Hanover Road
300 Office Quarters
Florham Park, NJ 07932

Nichole Lewis, Bookkeeper
John A. Rocco Co., Inc.
17 Hanover Road
300 Office Quarters
Florham Park, NJ 07932

Joseph A. Mazziotti, CPA
195 Fairfield Avenue, Suite 4C
West Caldwell, NJ 07006

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☒           case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                            ADDRESS                    DATES SERVICES RENDERED

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the
☐        books of account and records of the debtor. If any of the books of account and records are not available, explain.

       NAME                           ADDRESS

John A. Rocco Co., Inc.              17 Hanover Road
                                     300 Office Quarters
                                     Florham Park, NJ 07932

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☒        a financial statement was issued within the two years immediately preceding the commencement of this case by
         the debtor.

       NAME AND ADDRESS                      DATE
                                             ISSUED

**20. Inventories**

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒        taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY           INVENTORY SUPERVISOR         DOLLAR AMOUNT OF INVENTORY
                                                        (Specify cost, market or other basis)

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☒        reported in a., above.

DATE OF INVENTORY                            NAME AND ADDRESSES OF CUSTODIAN OF
                                                     INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS           NATURE OF INTEREST                   PERCENTAGE OF INTEREST

None b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☐ directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| John A. Rocco<br>125 Larger Cross Road<br>Bedminster, NJ 07921 | President and Sole Shareholder | 100% |

22. Former partners, officers, directors and shareholders

None a. If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒ immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
☒ terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

23. Withdrawals from a partnership or distribution by a corporation

None If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an
☐ insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| To be provided. | | |

24. Tax Consolidation Group

None If the debtor is a corporation, list the name and federal taxpayer identification number of the parent
☒ corporation of any consolidated group for tax purposes of which the debtor has been a member at any time
within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds**

None  
☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   March 25, 2010          Signature _____ *President*

JOHN A. ROCCO,
President and Sole Shareholder

*John A Rocco President*

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

0   continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

In re:  John A. Rocco Co., Inc.
Chapter 11

## ADDENDUM TO STATEMENT OF FINANCIAL AFFAIRS QUESTION NO. 11

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | DATE OF CLOSING |
|---|---|---|
| Citizens Bank<br>2795 Richmond Avenue<br>NYA436<br>Staten Island, NY 10314 | Trust Account No. xxxxxx6393<br>($31,263.99) | October 2009 |
| Citizens Bank<br>2795 Richmond Avenue<br>NYA436<br>Staten Island, NY 10314 | Operating Account No. xxxxxx6024<br>$0.00 | October 2009 |
| Citizens Bank<br>2795 Richmond Avenue<br>NYA436<br>Staten Island, NY 10314 | Payroll Account No. xxxxxx6288<br>$0.00 | October 2009 |
| Sovereign Bank<br>Global Solutions Group<br>Mail Code NJ1-6514-BB4<br>830 Morris Turnpike<br>Short Hills, NJ 07078 | Operating Account No. xxxxxx9594<br>($4,492.88) | November 2009 |
| Sovereign Bank<br>Global Solutions Group<br>Mail Code NJ1-6514-BB4<br>830 Morris Turnpike<br>Short Hills, NJ 07078 | Payroll Account No. xxxxxx9616<br>($8,887.25) | November 2009 |
| Sovereign Bank<br>Global Solutions Group<br>Mail Code NJ1-6514-BB4<br>830 Morris Turnpike<br>Short Hills, NJ 07078 | Trust Account No. xxxxxx9608<br>$0.00 | November 2009 |
| Union Center Bank<br>300 Main Street<br>Madison, NJ 07940 | Trust Account No. xx1209<br>$0.00 | April 2009 |
| Union Center Bank<br>300 Main Street<br>Madison, NJ 07940 | Operating Account No. xx1217<br>$0.00 | April 2009 |
| Union Center Bank<br>300 Main Street<br>Madison, NJ 07940 | Payroll Account No. xx1195<br>$0.00 | April 2009 |
| Provident Bank<br>98 Main Street<br>Madison, NJ 07940 | Trust Account No. xxxxxx1625<br>$0.00 | July 2009 |
| Provident Bank<br>98 Main Street<br>Madison, NJ 07940 | Operating Account No. xxxxxx1617<br>$0.00 | July 2009 |

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | DATE OF CLOSING |
|---|---|---|
| PNC Bank<br>172 Ridgedale Avenue<br>Florham Park, NJ 07932 | Operating Account No. xxxxxx0725 | October 2009 |
| M&T Bank<br>Park 80 West Plaza Two<br>Suite 104<br>Saddle Brook, NJ 07663 | Trust Account No. xxxxxx0892<br>$0.00 | July 2009 |
| M&T Bank<br>Park 80 West Plaza Two<br>Suite 104<br>Saddle Brook, NJ 07663 | Operating Account No. xxxxxx0918<br>$0.00 | July 2009 |
| M&T Bank<br>Park 80 West Plaza Two<br>Suite 104<br>Saddle Brook, NJ 07663 | Payroll Account No. xxxxxx0900<br>$000 | July 2009 |
| Hilltop<br>177 Main Street<br>Madison, NJ 07940 | Trust Account No. xxxxx1676<br>$0.00 | April 2009 |
| Hilltop<br>177 Main Street<br>Madison, NJ 07940 | Operating Account No xxxxxx1684<br>$0.00 | April 2009 |
| Hilltop<br>177 Main Street<br>Madison, NJ 07940 | Payroll Account No. xxxxxx1692<br>$0.00 | April 2009 |
| Heritage Community<br>1206 Sussex Turnpike<br>Randolph, NJ 07869 | Trust Account No. xxxxxxx5921<br>$0.00 | June 2009 |
| Heritage Community<br>1206 Sussex Turnpike<br>Randolph, NJ 07869 | Operating Account No. xxxxxxx5939 | June 2009 |
| Heritage Community<br>1206 Sussex Turnpike<br>Randolph, NJ 07869 | Payroll Account No. xxxxxxx5947 | June 2009 |

**UNITED STATES BANKRUPTCY COURT**
District of New Jersey

In re    John A. Rocco Co., Inc.                                    ,

Debtor

Case No. _____

Chapter    11

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Rocco, John A. | 0.00 | 100% |
| 125 Larger Cross Road | | |
| Bedminster, NJ 07921 | | |

B203
12/94

# United States Bankruptcy Court
### District of New Jersey

In re     John A. Rocco Co., Inc.                                          Case No. _____

                                                                          Chapter _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
    and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
    rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

    For legal services, I have agreed to accept ...........................…………………………..... $   23,961.00

    Prior to the filing of this statement I have received ..............…………………............... $   23,961.00

    Balance Due .................................................................................................................... $        0.00

2.  The source of compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑    I have not agreed to share the above-disclosed compensation with any other person unless they are members and
    associates of my law firm.

    ☐    I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
    of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30386

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

March 25, 2010
_____                    _____
          Date                                    Signature of Attorney

                                              Trenk, DiPasquale, Webster, Della Fera & Sodono
                                                      Name of law firm

Abar
25B Vreeland Road
Suite 209
Florham Park, NJ 07932-1900


AM Best
Ambest Road
Oldwick, NJ 08858-0700


American Bank Premium
48 Montgomery Lane
Suite 1000
Bethesda, MD 20814


AMS Vertafore
PO Box 27167
New York, NY 10087


BMT
20-22 Just Road
Fiarfield, NJ 07004


Borough of Florham Park
111 Ridgedale Avenue
Florham Park, NJ 07932


Bressler, Amery & Ross
PO Box 1980
Morristown, NJ 07960


Cablevision
PO Box 271378
Pittsburgh, PA 15250-7378


Capital One
PO Box 71083
Charlotte, NC 28272-1083

Carollo & Meo
100 Morris Avenue
Springfield, NJ 07081


Ceredian
34 Maple Avenue
PO Box 2021
Pine Brook, NJ 07058


Cintas
85 Fulton Street
Suite 2
Boonton, NJ 07005


CIT Communications Finance Corporation
1 CIT Drive
Livingston, NJ 07039


CIT Communications Finance Corporation
Attn. Mark E. Thompson, Esq.
Law Offices of Thmoas A. Buonocore, P.C.
1719 Route 10, Suite 301
Parsippany, NJ 07054


Citizens Bank
2795 Richmond Avenue
NYA436
Staten Island, NY 10314


Cooperative
PO Box 903
Belleville, NJ 07109


Culligan
350 Route 46
Rockaway, NJ 07866

David's Aquarium
137 Mayhew Drive
South Orange, NJ 07079


De Lage Landen Financial Services
Lease Processing Center
1111 Old Eagle School Road
Wayne, PA 19087-8608


De Lage Landen Financial Services
Lease Processing Center
1111 Old Eagle School Road
Wayne, PA 19087-8608


De Lage Landen Financial Services
PO Box 41601
Philadelphia, PA 19101


De Lage Landen Financial Services
PO Box 41601
Philadelphia, PA 19101


Dell Business Credit
PO Box 5275
Carol Stream, IL 60197


Dell Commercial Credit
Dept. 50,0039254415
PO Box 689020
Des Moines, IA 50368


Department of Treasury
Internal Revenue Service
Cincinnati, OH 45999


Doc U Search
63 Pleasant Street
PO Box 777
Concord, NH 03301

DOMT, Inc. dba Anago of Philadelphia
404 West Ridge Pike
Suite 500
Conshohocken, PA 19428


DOMT, Inc. dba Anago of Philadelphia
Attn. Kaplin Stewart Meloff Reiter Stein
457 Haddonfield Road, Suite 310
Cherry Hill, NJ 08002


DOMT, Inc. dba Anago of Philadelphia
Attn. William J. Levant, Esq.
Kaplin Stewart Meloff Reiter & Stein, PC
910 Harvest Drive, PO Box 3037
Blue Bell, PA 19422


Excelsior Personal
414 Eagle Rock Avenue
Suite 301
West Orange, NJ 07052


Expert Heating & Cooling
Cokesbury Road Industrial Park
24 Cokesbury Road, Suite 8
Lebanon, NJ 08833


EZ Pass
NJ EZ Pass Processing Bureau
PO Box 52005
Newark, NJ 07101-8205


Federal Express
PO Box 371461
Pittsburgh, PA 15250


Filter Fresh
204 Columbus Avenue
Roselle Park, NJ 07203

Florham Park Local Enforcing
315 Brooklake Road
Florham Park, NJ 07932-2505


Florham Park Offices Assoc. Inc.
Attn. Edward A. Berman, Esq.
Berman Sauter Record & Jardim, PC
222 Ridgedale Avenue
Cedar Knolls, NJ 07962


Florham Park Offices Assoc. Inc.
Attn. Integra Management
200 Valley Road, Suite 203
Mt. Arlington, NJ 07856


Funtown Pier Amusements, Inc., et al.
Attn. Edward F. Bezdecki, Esq.
401 Washington Street
Toms River, NJ 08753


Genco
PO Box 2104
Morristown, NJ 07962-2104


Great American Leasing
PO Box 609
Cedar Rapids, IA 52406


Greenberg Traurig
200 Park Avenue
Florham Park, NJ 07932


Guardian
PO Box 747003
Pittsburgh, PA 15274-7003


HR Direct
PO Box 452019
Sunrise, FL 33345-2019

Idearc
PO Box 619009
DFW Airport
Dallas, TX 75261-9009


Ins Info Exch
PO Box 18349
Hattiesburg, MS 39404


Insurex, Inc.
66 Route 17
Paramus, NJ 07652


Insurex, Inc.
Attn. Arthur J. Raimon, Esq.
Morgan Melhuish Abrutyn
651 W. Mount Pleasant Avenue
Livingston, NJ 07039


Internal Revenue Service
District Director
955 South Springfield Avenue
PO Box 724
Springfield, NJ 07081


Internal Revenue Service
Special Procedures Branch
Attention:  Bankruptcy Section
PO Box 744
Springfield, NJ 07081-0744


ISO
PO Box 27507
New York, NY 10087-7507


Jaroc Leasing Co., Inc.
17 Hanover Road
300 Office Quarters
Florham Park, NJ 07932

JCP&L
PO Box 3687
Akron, OH 44309-3687


JCP&L
PO Box 3687
Akron, OH 44309-3687


JCP&L
PO Box 3687
Akron, OH 44309-3687


JCP&L
PO Box 3687
Akron, OH 44309-3687


JEM Sanitation Corp., et al.
Attn. John R. Altieri, Esq.
25 East Salem Street
PO Box 279
Hackensack, NJ 07601


John A. Rocco
125 Larger Cross Road
Bedminster, NJ 07921


John A. Rocco
125 Larger Cross Road
Bedminster, NJ 07921


John A. Rocco
125 Larger Cross Road
Bedminster, NJ 07921


John A. Rocco
125 Larger Cross Road
Bedminster, NJ 07921

John A. Rocco
125 Larger Cross Road
Bedminster, NJ 07921


John A. Rocco, Landlord
125 Larger Cross Road
Bedminster, NJ 07921


Johnson & Johnson Preferred Financing
Attn. James M. McMahon, Esq.
Lewis & McKenna
82 East Allendale Road
Saddle River, NJ 07458


Kelly A. Roetto
125 Larger Cross Road
Bedminster, NJ 07921


Kings Premium Finance, Inc.
Attn. Steven G. Legum, Esq.
170 Old Country Road
Mineola, NY 11501


Lexis Nexis
Matthew Bender & Co.
PO Box 7247-0178
Philadelphia, PA 19170-0178


Lynch Osborne
264 Nassau Street
Princeton, NJ 08542


Mines Press
231 Croton Avenue
Cortland Manor, NY 10567


Neopost Leasing
30955 Huntwood Avenue
Hayward, CA 94544

Neopost Leasing
PO Box 45840
San Francisco, CA 94145-0840


NJ Dept. of Banking and Insurance
20 West State Street
Trenton, NJ 08625-0327


NJ Dept. of Banking and Insurance
Attn Raymond R. Chance III Section Chief
DAG, Dept. of Law and Public Safety
PO Box 117
Trenton, NJ 08625-0117


NJ Dept. of Banking and Insurance
Attn. Christine DiMarzio, Esq.
DAG, Dept. of Law and Public Safety
PO Box 117
Trenton, NJ 08625-0117


Office Depot
PO Box 633211
Cincinnati, OH 45263-3211


Peapack-Gladstone Bank
158 Route 206 North
Gladstone, NJ 07934


Peapack-Gladstone Bank
158 Route 206 North
Gladstone, NJ 07934


Peapack-Gladstone Bank
Attn. Martha D.F. Ostrowitz, Esq.
Ostrowitz & Ostrowitz
225 Gordons Corner Road
Manalapan, NJ 07726

Peapack-Gladstone Bank
Attn. Neil V. Williams, Esq.
Emmet, Marvin & Martin, LLP
177 Madison Avenue
Morristown, NJ 07960


Placemats Plus
5 Wilson Avenue
Denville, NJ 07834


Pro Premium
PO Box 817089
Hollywood, FL 33081-1089


PSE&G
PO Box 14444
New Brunswick, NJ 08906


Quill
PO Box 37600
Philadelphia, PA 19101


Ricciardi Bros. Inc.
1915 Springfield Avenue
Maplewood, NJ 07040


Ricciardi Bros. Inc.
Attn. Steven Mitnick, Esq.
Mitnick & Malzberg, P.C.
PO Box 429
Frenchtown, NJ 08825


Rocco, John A.
125 Larger Cross Road
Bedminster, NJ 07921


Rochester 100 Inc.
PO Box 92801
Rochester, NY 14692

Safe Shredding
152 Eagle Roack Avenue
Roseland, NJ 07068


Safeguard
305 Fellowship Road
Suite 100
Mount Laurel, NJ 08054


Shred It
81 Walsh Drive
Parsippany, NJ 07054


Silver Plume
2477 55th Street
Suite 201-B
Boulder, CO 80301


Sovereign Bank
Global Solutions Group
Mail Code NJ1-6514-BB4
830 Morris Turnpike
Short Hills, NJ 07078


Sovereign Bank
Global Solutions Group
Mail Code NJ1-6514-BB4
830 Morris Turnpike
Short Hills, NJ 07078


Staples Credit Plan
PO Box 689020
Des Moines, IA 50368


State of New Jersey
Department of Labor and Workforce Dev.
PO Box 110
Trenton, NJ 08625-0110

State of New Jersey
Department of Treasury, Div. of Revenue
PO Box 302
Trenton, NJ 08646


State of New Jersey
Division of Taxation, GIT
50 Barrack Street
PO Box 269
Trenton, NJ 08625


State of New Jersey CBT
Revenue Processing Center
PO Box 193
Trenton, NJ 08646


State of New Jersey CBT
Revenue Processing Center
PO Box 193
Trenton, NJ 08646


Stone Magnaninni
150 JFK Parkway
Short Hills, NJ 07078


Strand Insurance Finance Co., Inc.
22 Tennent Road
Morganville, NJ 07751


Strand Insurance Finance Co., Inc.
Attn. I. Mark Cohen, Esq.
1 Executive Drive
Tinton Falls, NJ 07701


Strategic
120 Littleton Road
Parsippany, NJ 07054

TD Bank
185 South Livingston Avenue
Livingston, NJ 07039


Verizon Wireless
PO Box 408
Newark, NJ 07101


Zurich American Insurance Company
Attn. Nancy Dow
Zurich North America
1400 America Lane
Schaumburg, IL 60196


Zurich American Insurance Company
Attn. Riker Danzig et al.
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962